UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7981 ABC (Jcx) | Date | March 30, 2009 |
|---|---|---|---|
| Title | Lauro Gonzalez Moreno -vs- Omnilife de Mexico, S.A. de C.V. et. al., | | |

| Present: The Honorable | AUDREY B. COLLINS, U.S. DISTRICT CHIEF JUDGE | |
|---|---|---|
| Irene Ramirez | Katherine Stride | |
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patricio T. Barrera | Raul F. Salinas |
| | Rick Navarrette |

**Proceedings:**   Defendant's motion to dismiss 1st amended complaint (Filed March 9, 2009, doc # 32)

    The case is called and counsel are present.  The Court issues its tentative order.  The Court hears oral argument.  The Court hereby takes the matter under submission.

    IT IS SO ORDERED.

                                                                                                                            :      10

Initials of Preparer   IR