Name **Patricio T.D. Barrera (SBN 149696)**
Address **1500 Rosecrans Avenue, Suite 500**
City, State, Zip **Manhattan Beach, CA 90266**
Phone **(310) 802-1500**
Fax **(310) 802-0500**
E-Mail **barrera@baattorneys.com**

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURO GONZALEZ MORENO<br><br>PLAINTIFF(S),<br>v.<br>OMNILIFE DE MEXICO, S.A. de C.V., GRUPO OMNILIFE, S.A. de C.V., OMNIHUMANA S.A. de C.V., OMNILIFE USE, INC., HORGE VERGARA MADRIGAL and DOES 1 through 10, inclusive<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV07-07981 ABC (JCx)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____**Lauro Gonzalez Moreno**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order Dismissing Case (Docket No. 44)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____**March 31, 2009**____. Entered on the docket in this action on **March 31, 2009**____.

A copy of said judgment or order is attached hereto.

April __ 2009
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL